**Abatement Order filed July 25, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00165-CR

_____

**DAVID ERIC BEARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1397603**

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Brian Middleton. On September 5, 2018 counsel filed a motion to withdraw as appellate counsel because counsel determined that appellant's appeal is frivolous. Appellant's appointed counsel filed a brief with the motion to withdraw in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967).

On July 16, 2019, a motion was filed on appellant's behalf by attorney Drew Wiley requesting an extension of time to file a brief and requesting a copy of the records in this case. Attorney Brian Middleton is still appellant's attorney of record and this court has not ruled on his motion to withdraw.

Accordingly, we ORDER the judge of the 182nd District Court to immediately conduct a hearing, at which appellant, appellant's appointed counsel, Brian Middleton, attorney Drew Wiley, and state's counsel shall participate, either in person or by video teleconference, to determine whether appellant has retained Drew Wiley to represent him on appeal. If appellant has retained counsel, we direct the trial court to consider appointed counsel's request to withdraw.

The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a transcribed record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court on or before **August 26, 2019.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Zimmerer.